UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| TRAUMATIC BRAIN EDUCATION ADULT | |
| COMMUNITY HOME, INC. | Case No. 8:13-bk-00097-CPM |
| FLORIDA INSTITUTE FOR NEUROLOGIC | |
| REHABILITATION, INC. | Case No. 8:13-bk-00102-CPM |
| FINR II, INC. | Case No. 8:13-bk-00103-CPM |
| FINR III, LLC. | Case No. 8:13-bk-00104-CPM |
| FINR III, INC. | Case No. 8:13-bk-00105-CPM |
| FING II, INC. | Case No. 8:13-bk-00107-CPM |
| | |
| | Jointly Administered Under |
| Debtors. | Case No. 8:13-bk-00097-CPM |

_____

| | |
|---|---|
| FINR III, LLC, | |
| | |
| Plaintiff, | |
| | |
| vs. | Adv. Proc. Case No. 8:14-ap-_____-CPM |
| | |
| BROTMAN NUSBAUM IBRAHIM, | |
| PATIENT IDENTIFIED AS "O.O.", | |
| MARYLUZ HUET SELL, KEVIN S. | |
| DOTY, P.A., PATIENT'S SPOUSE | |
| IDENTIFIED AS "R.O.", ACS | |
| RECOVERY SERVICES FOR MEDICAID, | |
| INGENIX FOR UNITED HEALTHCARE, | |
| ADRIAN PHILLIP THOMAS, P.A., | |
| JEFFREY A. FADLEY, P.A., | |
| | |
| Defendants. | |

_____/

**COMPLAINT TO DETERMINE EXTENT, VALIDITY, AND PRIORITY
OF LIENS AND INTERESTS AND FOR DECLARATORY RELIEF**

Plaintiff, FINR III, LLC ("**FINR**"), sues BROTMAN NUSBAUM IBRAHIM ("**BNI**"),

O.O. ("**Patient**"), MARYLUZ HUET SELL ("**Sell**"), KEVIN S. DOTY, P.A. (the "**Doty**

Firm"), R.O ("**Spouse**"), ACS RECOVERY SERVICES FOR MEDICAID ("**ACS**"), INGENIX

FOR UNITED HEALTHCARE ("**Ingenix**"), ADRIAN PHILLIP THOMAS, P.A. ("**APT**"), and

JEFFREY A. FADLEY, P.A. (the "**Fadley Firm**" together with BNI, Patient, Sell, the Doty

Firm, Spouse, ACS, Ingenix, and APT, collectively, the "**Defendants**"), for: (i) a determination

as to the extent, validity, and priority of FINR's liens on the proceeds of a settlement (the

"**Settlement Proceeds**") in an action styled *Maryluz Huet Sell, as guardian of O.O. and R.O. v.*

*Lawnwood Medical Center, Inc., et al.*, Case No. 562011CA000870 pending in the Circuit Court

of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida (the "**Negligence**

**Action**"); (ii) for declaratory relief with respect to the competing claims to and interests in the

Settlement Proceeds; (iii) for collection from the Settlement Proceeds of amounts due to FINR

for services and treatment provided to Patient; and (iv) injunctive relief to prohibit the

distribution of the Settlement Proceeds pending a trial in this proceeding.  For its complaint,

FINR states as follows:

<u>**Parties, Jurisdiction and Venue**</u>

1.      FINR is a Florida corporation which provides comprehensive inpatient care to

patients with traumatic brain injuries at its skilled medical rehabilitation center in Hardee

County, Florida (the "**Medical Center**").  In certain cases, FINR admits patients pursuant to a

letter of protection ("**LOP**").

2.      Patient is an individual who was admitted to the Medical Center on or about

September 17, 2010.  As of the date of this complaint, Patient continues to reside at the Medical

Center.

3.      Spouse is Patient's husband, and a plaintiff in the Negligence Action.  Spouse

resides in Hardee County, Florida.  Spouse may assert an interest in the Settlement Proceeds.

4.      Sell is the court-appointed guardian of Patient and a plaintiff in the Negligence Action.  Sell is a resident of Okeechobee County, Florida.  Sell may assert an interest in the Settlement Proceeds.

5.      BNI is a law firm located in Boca Raton, Florida.  BNI represents Patient, Spouse, and Sell in the Negligence Action.  BNI may assert an interest in the Settlement Proceeds.

6.      ACS is a foreign corporation that contracts with Medicaid to recover from third-party lawsuits sums paid for services and treatment.  Upon information and belief, Medicaid paid for some of the services and treatment provided to Patient, which sums ACS is seeking to recover.  ACS, on behalf of Medicaid, may assert an interest in the Settlement Proceeds.

7.      Ingenix is a foreign corporation that contracts with United Healthcare to recover sums paid for services and treatment.  Upon information and belief, United Healthcare paid for some of the services and treatment provided to Patient, which sums Ingenix is seeking to recover.   Ingenix, on behalf of United Healthcare, may assert an interest in the Settlement Proceeds.

8.      The Doty Firm is a law firm located in Vero Beach, Florida.  Kevin S. Doty of the Doty Firm was appointed as guardian ad litem in the Patient's guardianship case styled *In Re: Guardianship of O.O.*, Case No. 12-GA-84, pending in Okeechobee County, Florida (the "**Guardianship Action**").  The Doty Firm may assert an interest in the Settlement Proceeds.

9.      The Fadley Firm is a law firm located in Okeechobee, Florida.  The Fadley Firm represents Sell in the Guardianship Action.  The Fadley Firm may assert an interest in the Settlement Proceeds.

10.     APT is a law firm located in Fort Lauderdale, Florida.  Upon information and belief, APT rendered legal services in the Guardianship Action.  APT may assert an interest in the Settlement Proceeds.

11.     FINR sought Chapter 11 protection from this Court on January 4, 2013.  On or about May 24, 2013, FINR filed with this Court a plan of reorganization (Doc. No. 328) (the "**Plan**").  On or about August 29, 2013, this Court entered an order (Doc. No. 510) (the "**Confirmation Order**") confirming the Plan.

12.     The Plan, as confirmed by the Confirmation Order, provides that recoveries under various LOPs will be used to fund the Plan.  Indeed, the Plan provides that Class 4A-4F Unsecured Creditors are to receive their pro-rata share of fifty percent of Excess Cash Flow. Excess Cash Flow includes recoveries under various LOPs.  Furthermore, Regions Bank's Class 3 Secured Claims are to be paid in accordance with the Mediated Settlement Agreement (the "**Settlement Agreement**"), a copy of which is attached to the Confirmation Order as Exhibit A. The Settlement Agreement provides that fifty percent of any LOP recoveries in excess of $1.5 million on an annual basis are to be paid to Regions and applied to the principal balance of Regions' Class 3 Secured Claims.  Accordingly, there is a direct nexus between the collection of accounts receivable which are subject to LOPs and FINR's compliance with its obligations under the confirmed Plan.

13.     This adversary proceeding is brought pursuant to Rule 7001(1), (2), (7), and (9) of the Federal Rules of Bankruptcy Procedure.

14.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and the general orders of reference entered by the United States District Court for the Middle District

of Florida on July 11, 1984, Case No. 84-MISC-152, and on February 22, 2012, Case No. 12-MISC-26-ORL-22.  This proceeding is subject to the core jurisdiction of this Court pursuant to 28 U.S.C. § 157(b)(2)(A), (E), (K) and (O),

15.     In addition, this Court has jurisdiction pursuant to the express terms of the Plan and Confirmation Order.  Article 12.01 of the Plan provides that:

> ***General Retention.***  Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, until the Reorganization Cases are closed, **the Bankruptcy Court will retain the fullest and most extensive jurisdiction of the Reorganization Cases that is permitted by applicable law, including that necessary to ensure that the purposes and intent of the Plan are carried out**. (emphasis added).

In addition to the broad general retention of jurisdiction, Article 12.02 of the Plan provides for this Court to specifically retain jurisdiction:

> (f)     to enforce, interpret, and administer the terms and provisions of the Plan and the Plan Documents;
>
> (i)     to assure the performance by Reorganized Debtors of their obligations to make distributions under the Plan;
>
> (m)    to enter such orders as may be necessary or appropriate to implement or consummate the provisions of the Plan and all contracts, instruments, releases, indentures and other agreements or documents created in connection with the Plan, the Disclosure Statement or the Confirmation Order, including the Plan Documents;
>
> (o)     to determine all questions and disputes regarding title to the assets of the Debtors, the Estates, or the Reorganized Debtors;
>
> (p)     to determine any motions or contested matters relating to the Causes of Action, whether brought before or after the Effective Date;
>
> (s)     to issue injunctions, enter, and implement other orders or take such other actions as may be necessary or appropriate to restrain interference by any Person or Entity with consummation, implementation or enforcement of the Plan or the Confirmation Order;

(u)     to determine any other matters that may arise in connection with or relating to the Plan, the Disclosure Statement, the Confirmation Order, or the Plan Documents; and

(w)     to determine such other matters and for such other purposes as may be provided for in the Confirmation Order or as may from time to time be authorized under the provisions of the Bankruptcy Code or any other applicable law.

The Confirmation Order approves the broad general and specific retention of jurisdiction

by this Court.  Indeed, paragraph 41 of the Confirmation Order provides that:

> ***Retention of Jurisdiction*.  The Court's retention of jurisdiction** as set forth in Article 12 of the Plan comports with the parameters contained in 28 U.S.C. §157 and **is to be interpreted as broadly as possible**.  Without limiting the provisions of Article 12 of the Plan, the Court's retention of jurisdiction includes jurisdiction over all matters and parties in connection with objections to Claims and the pursuit, litigation, and recovery of any and all causes of action.  (emphasis added).

## General Allegations

The Letters of Protection and the Balance Due to FINR

16.     On or about September 14, 2010, FINR sent an LOP to BNI.  A true and correct

copy of the September 14, 2010, LOP is attached hereto as Exhibit A and incorporated herein by

reference.  The September 14, 2010, LOP provides that:

> The cost of treatment for [Patient] at FINR III, LLC will be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents.  For any days [Patient] is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time.  [Patient's] account will be charged an annual interest rate of 12% on any outstanding balances.  FINR III, LLC shall be paid for its services provided to [Patient] from the proceeds of any recovery.

BNI, as counsel for Patient, executed the LOP on or about September 15, 2010.  Sell, as guardian

for Patient, executed the LOP on or about September 16, 2010.

17.     On or about December 21, 2010, FINR sent a second letter of protection to BNI.

A true and correct copy of the December 21, 2010, LOP is attached hereto as Exhibit B and

incorporated herein by reference.  The December 21, 2010, LOP confirms that Patient remains at the Medical Center and the cost for treatment will continue to be $1,850.00 per day.  It also confirms that as of December 21, 2010, FINR was owed $181,736.73 for services and treatment provided to Patient.  A statement of account summarizing the charges is attached to the December 21, 2010, LOP.  BNI, as counsel for Patient, and Sell, as guardian for Patient, executed the LOP on or about January 14, 2011.

18.     On or about February 10, 2011, FINR sent a third letter of protection to BNI.  A true and correct copy of the February 10, 2011, LOP is attached hereto as <u>Exhibit C</u> and incorporated herein by reference.  The February 10, 2011, LOP confirms that Patient remains at the Medical Center and the cost for treatment will continue to be $1,850.00 per day.  It also confirms that as of February 10, 2011, FINR was owed $280,182.15 for services and treatment provided to Patient.  A statement of account summarizing the charges is attached to the February 10, 2011, LOP.  BNI, as counsel for Patient, and Sell, as guardian for Patient, executed the LOP on or about February 21, 2011.

19.     On or about June 10, 2011, FINR sent a fourth letter of protection to BNI.  A true and correct copy of the June 10, 2011, LOP is attached hereto as <u>Exhibit D</u> and incorporated herein by reference.  The June 10, 2011, LOP confirms that Patient remains at the Medical Center and the cost for treatment will continue to be $1,850.00 per day.  It also confirms that as of June 10, 2011, FINR was owed $525,923.01 for services and treatment provided to Patient.  A statement of account summarizing the charges is attached to the June 10, 2011, LOP.  The June 10, 2011, LOP also provides that

> **FINR III will defer collection** of any outstanding balance for a period of 12 months from the date of admission; notwithstanding, **however, that if funds**

> **become available**, whether from the proceeds of any recovery of (sic) otherwise, which can wholly or partially satisfy any outstanding balance for services provided to O.O., prior to the end of the 12 month period specified above, **FINR III will not defer collection** during the specified period.  (emphasis added)

BNI, as counsel for Patient, and Sell, as guardian for Patient, executed the LOP on or about June 13, 2011.

20.     On or about May 17, 2012, FINR sent a fifth letter of protection to BNI.  A true and correct copy of the May 17, 2012, LOP is attached hereto as <u>Exhibit E</u> and incorporated herein by reference.  The May 17, 2012, LOP confirms that Patient remains at the Medical Center and the cost for treatment will continue to be $1,850.00 per day.  It also confirms that as of May 17, 2012, FINR was owed $1,258,020.97 for services and treatment provided to Patient.  A statement of account summarizing the charges is attached to the May 17, 2012, LOP.  The May 17, 2012, LOP also provides that

> **FINR III will defer collection** of any outstanding balance for a period of 12 months from the date of admission; notwithstanding, **however, that if funds become available**, whether from the proceeds of any recovery of (sic) otherwise, which can wholly or partially satisfy any outstanding balance for services provided to O.O., prior to the end of the 12 month period specified above, **FINR III will not defer collection** during the specified period.  (emphasis added)

BNI, as counsel for Patient, and Sell, as guardian for Patient, executed the LOP on or about May 29, 2012.

21.     Thereafter, FINR sent quarterly statements of account setting forth the amount owed to BNI as counsel for the Patient.  True and correct copies of the quarterly account statements through March 31, 2014, are attached hereto as <u>Exhibit F</u> and incorporated herein by reference.  BNI, as counsel for Patient, and Sell, as guardian of Patient, have not objected to any of the account statements.

22.     As of June 9, 2014, FINR is owed the sum of $3,100,707.58 for essential services

and medical treatment provided to Patient during her four year residence at the Medical Center.

23.    FINR agreed to provide services and treatment to the Patient based on the agreement in the LOPs that: (a) FINR's bills would be paid from the proceeds of any recovery from any person or entity, and (b) FINR's bills would be secured by a first priority lien on any recovery from any person or entity.

24.    FINR continues to provide services and treatment to Patient, and is entitled to be paid for such services and treatment in accordance with its bills and the LOPs.

The Negligence Action

25.    On or about April 11, 2011, Sell, as guardian of Patient, and Spouse filed the Negligence Action against, *inter alia*, Lawnwood Medical Center, Inc. ("**Lawnwood**").  The plaintiffs in the Negligence Action alleged, *inter alia*, that the negligence of Lawnwood caused Patient's permanent, catastrophic brain injury.  The damages claimed included the cost of past and future medical and nursing care.

26.    On or about April 14, 2014, FINR received notice that Sell, Spouse, and Lawnwood settled the Negligence Action.  The settlement requires Lawnwood to make a settlement payment in full and final settlement of the Negligence Action.  The specific terms of the settlement, including the amount of the Settlement Proceeds, are subject to a confidentiality agreement.

27.    The plaintiffs in the Negligence Action have asserted that FINR should receive approximately $430,000 in full satisfaction of its $3,100,707.58 balance, or about 14%.

28.    Recently, the plaintiffs in the Negligence Action filed a Motion for Equitable Distribution requesting that the state court determine the appropriate distribution of the

Settlement Proceeds.  A hearing on the motion is scheduled for Monday, June 16, 2014, at 3:00 p.m.

## COUNT I: EXTENT, VALIDITY, AND PRIORITY
## OF LIENS ON THE SETTLEMENT PROCEEDS

29.    This is an action against the Defendants to determine the extent, validity, and priority of FINR's lien on the Settlement Proceeds.

30.    FINR realleges and incorporates by reference the allegations contained in paragraphs 1 through 28 as though fully set forth herein.

31.    Pursuant to the LOPs executed by BNI and Sell on behalf of Patient, FINR holds a first priority lien on the Settlement Proceeds to the extent of $3,100,707.58 as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014.

32.    A LOP is a binding contract, and liability under a letter of protection is not tied to the results of the underlying lawsuit, *see*, *Koenig v. Theofilos, M.D.*, 933 So. 2d 1293 (Fla. 4th DCA 2006).

33.    The Settlement Proceeds should be used first to pay amounts owed to FINR.  Any excess proceeds remaining after the payment of amounts owed to FINR may be disbursed to the Defendants.

WHEREFORE, FINR respectfully requests that this Court enter a judgment in its favor and against the Defendants that will:

A.    determine the extent, validity and priority of the liens and other interests of the parties in this adversary proceeding to the Settlement Proceeds;

B.    find that FINR has a first priority lien on the Settlement Proceeds equal to its outstanding bills under the LOPs;

10

34.     order distribution of the Settlement Proceeds to FINR in the amount of $3,100,707.58 as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014; and

C.     grant such other and further relief as is necessary or appropriate.

## COUNT II: DECLARATORY RELIEF

35.     This is an action for declaratory relief pursuant to Bankruptcy Code § 105(a) and 28 U.S.C. § 2201, with respect to FINR's rights to the Settlement Proceeds.

36.     FINR realleges and incorporates by reference the allegations contained in paragraphs 1 through 33 as though fully set forth herein.

37.     FINR asserts that it is entitled to the Settlement Proceeds in the amount of $3,100,707.58, as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014.

38.     The granting of declaratory relief is necessary to address a real controversy regarding the competing claims and interests with respect to the Settlement Proceeds.

WHEREFORE, FINR respectfully requests that this Court enter a judgment in its favor and against the Defendants that will:

A.  provide declaratory relief with respect to competing claims to and interests in Settlement Proceeds; and

B.  grant such other and further relief as is necessary or appropriate.

## COUNT III: RECOVERY OF MONEY OR PROPERTY

39.     FINR realleges and incorporates by reference the allegations contained in paragraphs 1 through 38 as though fully set forth herein.

11

40.     This is an action to recover money or property.

41.     Pursuant to the plain language of the LOPs, FINR is entitled to recovery from the Settlement Proceeds in the amount of $3,100,707.58, as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014.

WHEREFORE, FINR respectfully requests that this Court enter a judgment in its favor that will:

A.  provide that FINR is entitled to recovery from the Settlement Proceeds in the amount of $3,100,707.58, as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014;

B.  order distribution of the Settlement Proceeds to FINR in the amount of $3,100,707.58 as of June 9, 2014, plus additional sums for services and treatment to be provided to the Patient after June 9, 2014; and

C.  grant such other and further relief as is necessary or appropriate.

## COUNT IV: INJUNCTIVE RELIEF

42.     FINR realleges and incorporates by reference the allegations contained in paragraphs 1 through 40 as though fully set forth herein.

43.     This is an action for injunctive relief pursuant to Section 105(a) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure.

44.     FINR requests that this Court enter an order staying the disbursement of any of the Settlement Proceeds pending this Court's ruling in this adversary proceeding.

45.     FINR has a substantial likelihood of success with respect to its rights and remedies under the LOPs.

46.    Unless the disbursement of the Settlement Proceeds is stayed, FINR will suffer irreparable harm in that its ability to recover for the valuable services and medical treatment it has provided the Patient will be severely impaired, thereby jeopardizing FINR's compliance with its obligations under the Plan.

47.    A temporary stay of the disbursement of the Settlement Proceeds pending this Court's determination of the competing claims and interest with respect to the Settlement Proceeds will not prejudice the Defendants.  Indeed, FINR is continuing to provide services and medical treatment to Patient.

48.    The public interest would be served by staying the disbursement of the Settlement Proceeds pending this Court's ruling on the merits.

49.    FINR has no adequate remedy at law.

WHEREFORE, FINR respectfully requests that this Court enter a judgment in its favor that will:

A.  temporarily enjoin the disbursement of the Settlement Proceeds pending this Court's ruling on the merits of this adversary proceeding; and

B.  grant such other and further relief as is necessary or appropriate.

DECICCIO & JOHNSON

By:        s/Wayne Johnson
           WAYNE JOHNSON, ESQUIRE
           Florida Bar No.:  0966177
           652 W. Morse Blvd.
           Winter Park, FL 32789
           Telephone:  (407) 740-4111
           Facsimile:  (407) 740-4011
           E-mail address:  wayne.johnson@deciccio.com

I HEREBY CERTIFY that on 11th day of June, 2014, a true and correct copy of the

foregoing was served via CM/ECF to all parties participating in CM/ECF Electronic Noticing.

By:        s/Wayne Johnson
           WAYNE JOHNSON, ESQUIRE
           Florida Bar No.:  0966177

14

# EXHIBIT A

SEP-16-2010  11:31                                                          P.003


# Skilled Medical Rehabilitation Center
## @ FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

September 14, 2010

Marc Brotman, Esq.
Brotman Nusbaum Fox, P.A.
621 N.W. 53rd Street
One Park Place – Suite 420
Boca Raton, FL 33487

Tel #561-417-5656
Fax #561-417-5561

    RE:   Pt – ▓▓▓▓▓
          DOI – 11/12/2009

Dear Attorney Brotman:

Your client, ▓▓▓▓▓, is scheduled to be admitted to the Skilled Medical Rehabilitation Center at Florida Institute for Neurologic Rehabilitation, Inc. (FINR III, LLC) on or about September 15, 2010. The cost of treatment for ▓▓▓▓▓ at FINR III, LLC will be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents. For any days ▓▓▓▓▓ is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time. ▓▓▓▓▓ account will be charged an annual interest rate of 12% on any outstanding balances. FINR III, LLC shall be paid for its services provided to ▓▓▓▓▓ from the proceeds of any recovery.

FINR III, LLC has agreed to approve this letter of protection for 90 days. Therefore, on or about December 14, 2010, legal counsel for FINR III, LLC and Steve Tulman, Chief Financial Officer for FINR III, LLC., will review any and all developments that have been made during this period and determine if this letter can be extended beyond the initial 90 days.

This letter, once signed by you, serves as a notice of a letter of protection for the bills incurred by your client for services rendered at FINR III, LLC  By signing below, you are indicating that you are aware of the agreement stated above and that FINR III, LLC's bills will be paid from the proceeds of any recovery from any person or entity. You agree to promptly notify FINR III, LLC of any settlement, final disposition of ▓▓▓▓▓ claim, dismissal of litigation, any trial date set, or your withdrawal as counsel for ▓▓▓▓▓

We agree to promptly inform you of the date of discharge from FINR III, LLC for ▓▓▓▓▓ and to provide you with the total cost of her treatment at that time. Should FINR III, LLC receive payment from any insurer or other third party, or from the ▓▓▓▓▓ or Sell family/guardian, for treatment, the account will be credited by the amount of the payment.

**EXHIBIT**

**A**

P.004

Letter of Protection                                                    Page 2 of 3

FINR III, LLC has requested that Maryluz Huot Soll, as Durable Power of Attorney for
Healthcare/Co-Responsible Party, and ████████, Spouse/Co-Responsible Party, sign a discharge
agreement that makes them liable for the bills accruing for the treatment of Olga Olivares.

Two originals of this letter of protection are being provided. Please provide FINR III, LLC with one original
after it is signed and retain the other for your records. Please feel free to contact FINR III, LLC if you have
any questions or concerns about this matter or if FINR III, LLC can assist you in any way.

Sincerely yours,
FINR III, LLC

Jim Bailey
Referral Coordinator
Admissions Department

Enclosure

_Marc Brotman_                                          9/15/10
Marc Brotman, Esq. Attorney for ████████            Date

SWORN TO AND SUBSCRIBED before me on this __16__ day of __September__, 2010.

_Cheryl L Smith_
NOTARY PUBLIC
STATE OF __Florida__
PRINT NAME: _Cheryl L Smith_
       X ____ Personally known to me, or
       ____ Produced Identification: _____

My Commission Expires: _____                       Type of Identification _____

_Maryluz Huot Soll_                                 09/16/10
Maryluz Huot Soll, Sister and Durable Power of Attorney    Date
for Healthcare/Co-Responsible Party

SWORN TO AND SUBSCRIBED before me on this __16__ day of __September__, 2010.

_Cheryl L Smith_
NOTARY PUBLIC
STATE OF __Florida__
PRINT NAME: _Cheryl L Smith_
       X ____ Personally known to me, or
       ____ Produced Identification: _____

My Commission Expires: _____                       Type of Identification _____

SEP-16-2010  11:01                                                          P.005

Letter of Protection                                               Page 3 of 3



b/r Party

09/16/10
Date

SWORN TO AND SUBSCRIBED before me on this __16__ day of _September_, 2010.

_Cheryl L Smith_
NOTARY PUBLIC
STATE OF _Florida_
PRINT NAME: _Cheryl L Smith_
____ Personally known to me, or
____ Produced Identification:



CHERYL L SMITH
MY COMMISSION # DD 00622
EXPIRES: May 30, 2013
Bonded Thru Notary Public Underwriters

My Commission Expires:                  Type of Identification



### FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

#### SKILLED MEDICAL REHABILTATION CENTER, FINR III, LLC

### POLICY AND PROCEDURE
### TITLE: Bed-Hold Reservation Policy

**POLICY:**
The purpose of this policy is to delineate the conditions and procedures to permit clients to attend to their personal, medical, and/or therapeutic needs outside of the facility.

FINR III policy is to hold a bed whenever possible, should the client be transferred to a hospital due to a change in their medical condition or if they go out on therapeutic leave. The facility will hold the bed up to eight (8) days. The client or responsible party may be charged a bed-hold rate of 69% of the per diem rate. After eight days, the bed may be released unless other arrangements are made. Most insurance companies do not pay the facility while the client is in the hospital or on therapeutic leave.

**PROCEDURE:**
**Authorized Client Leave (all leave require doctor's orders).**
1. Therapeutic leave of absences may be permitted as part of the client's rehabilitation plan used to promote progress in meeting his/her program goals.
2. All leaves must be requested in advance and approved by the client's Physician, Program Case Manager and Treatment Team.
3. Client safety is maintained during the leave. Clients leave the facility only with individuals authorized by their guardian and levels of supervision must be maintained.

**Bed-Hold Reservation Policy**
1. When a client is being transferred to the hospital or is going out on therapeutic leave and will be gone for more than 24 hours, a copy of this Bed-Hold Reservation form will accompany the client/responsible party.
2. If the client/responsible party wishes to hold the bed, the Social Worker will contact the business office and notify them of the request.
3. If the hospitalization or leave lasts more than 8 days, the Social Worker will contact the client or responsible party to discuss other arrangements.
4. If the client is to receive medication while out on leave, the guardian/responsible party accepts full responsibility in the proper administration of the medication as instructed by the client's nurse – Additionally, information regarding the indications for use and potential side effects will be provided to the guardian/responsible party.

In the event that a client is absent from the facility for a longer period of time than specified above, then the client's bed will be released. Any client, who requests readmission, will be assessed to determine if the client requires the services provided by the facility and meets the facility admission criteria. A determination will be made as to whether or not the client is appropriate to return to the facility.

Please complete the information below and return it to the Social Worker as soon as possible.

_____ I would like the facility to hold my bed while in the hospital or on therapeutic leave. I also realize that the bed-hold reservation rate will not exceed the current rate being charged to my insurance carrier/third party payor or to me.

_____ I do not want to hold my bed.

Client's Name

*Marylyn Hutchee*
Client or Client Representative's Signature

104 D
Room Number

9-30-10
Date

Revised 09/2010

# EXHIBIT B

FINR III, L.L.C.
1982 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873





December 21, 2010

Marc C. Brotman, Esq.
BROTMAN NUSBAUM & FOX
137 West Royal Palm Road
Boca Raton FL 33432
Tel #561-417-5656 * Fax #561-417-5561
marc@bnflaw.com

          RE:  Pt ▓▓▓▓▓          DOI - 11/12/2009

Dear Mr. Brotman,

Your client, ▓▓▓▓▓▓▓, was admitted to FINR III, L.L.C. on September 17, 2010 under the original letter of protection. Attached please find Statements of Account documenting a balance due as of today totaling $181,736.73. Since ▓▓▓▓▓ remain in program at FINR III, L.L.C. as of today, this is written to confirm that the cost of treatment for ▓▓▓▓▓ at FINR III, L.L.C. will continue to be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents. For any days ▓▓▓▓▓ is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time. ▓▓▓▓▓ account will be charged an annual interest rate of 12% on any outstanding balances. FINR III shall be paid for its services provided to ▓▓▓▓▓ from the proceeds of any recovery.

FINR III, L.L.C. has agreed to approve this letter of protection for an additional 90 days. Therefore, on or about March 15, 2011, legal counsel for FIRN III, L.L.C. and Steve Tulman, Chief Financial Officer for FINR III, will review any and all developments that have been made during this period and determine if this letter can be extended beyond that date.

This letter, once signed by you, serves as a notice of a letter of protection for the bills incurred by your client for services rendered at FINR III. By signing below, you are indicating that you are aware of the agreement stated above and that FINR III's bills will be paid from the proceeds of any recovery from any person or entity. You agree to promptly notify FINR III of any settlement, final disposition of ▓▓▓▓▓ claim, dismissal of litigation, any trial date set, or your withdrawal as counsel for ▓▓▓▓▓.

FINR III agrees to promptly inform you of the date of discharge from FINR III for ▓▓▓▓▓ and to provide you with the total cost of her treatment at that time. Should FINR III receive payment from any insurer or other third party, or from the ▓▓▓▓▓ family/guardian, for treatment, the account will be credited by the amount of the payment.

Two originals of this letter of protection are being provided. Please provide FINR III with one original after it is signed and retain the other for your records. Please feel free to contact FINR III if you have any questions or concerns about this matter or if FINR III can assist you in any way.

Sincerely yours,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

Letter of Protection
December 21, 2010

FINR III, L.L.C.

_Marc Brotman_

Marc Brotman, Esq. Attorney for ▮▮▮▮▮

01/14/11
Date

SWORN TO AND SUBSCRIBED before me on this __14__ day of _January_, 20 11

_Cheryl L Smith_

NOTARY PUBLIC

STATE OF _Florida_

PRINT NAME: _Cheryl L. Smith_

✓ Personally known to me, or

Produced Identification: _____

Type of Identification _____

CHERYL L. SMITH
MY COMMISSION # DD 800722
EXPIRES: June 30, 2013
Bonded Thru Notary Public Underwriters

My Commission Expires:

_Mari-Luz Huertas_

Mari-Luz Huertas, Sister and Durable Power of Attorney for Healthcare

1-14-11
Date

SWORN TO AND SUBSCRIBED before me on this _1/14_ day of _January_, 20 11

_Shelley Rodriguez_

NOTARY PUBLIC

STATE OF _Florida_

PRINT NAME: _Shelley Rodriguez_

✓ Personally known to me, or

Produced Identification: _____

Type of Identification _____

Notary Public State of Florida
Shelley K Rodriguez
My Commission DD814785
Expires 08/14/2012

My Commission Expires: _8/14/2012_

# EXHIBIT C

FINR III, L.L.C.
1962 Vandolah Road
P.O. Box 1347
Wauchula, Fl. 33873



February 10, 2011

Marc C. Brotman, Esq.
BROTMAN NUSBAUM & FOX
137 West Royal Palm Road
Boca Raton  FL  33432
Tel #561-417-5656 * Fax #561-417-5561
marc@bnflaw.com

RE:   Pt. ▒▒▒▒▒▒▒          DOI - 11/12/2009

Dear Mr. Brotman,

Your client, ▒▒▒▒▒▒▒, was admitted to FINR III, L.L.C. on September 17, 2010 under the original letter of protection. Attached please find Statements of Account documenting a balance due as of today totaling $230,182.15. The cost of treatment for ▒▒▒▒▒ at FINR III, L.L.C. will continue to be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents. For any days ▒▒▒▒▒ is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time. ▒▒▒▒▒ account will be charged an annual interest rate of 12% on any outstanding balances. FINR III shall be paid for its services provided to ▒▒▒▒ from the proceeds of any recovery.

FINR III, L.L.C. has agreed to extend the original letter of protection dated September 17, 2010 for an additional one hundred twenty (120) days covering through July 12, 2011. Therefore, in June 2011, legal counsel for FINR III, L.L.C. and Steve Tulman, Chief Financial Officer for FINR III, will review any and all developments that have been made during this period and determine if this letter can be extended beyond that date.

This letter, once signed by you, serves as a notice of a letter of protection for the bills incurred by your client for services rendered at FINR III. By signing below, you are indicating that you are aware of the agreement stated above and that FINR III's bills will be paid from the proceeds of any recovery from any person or entity. You agree to promptly notify FINR III of any settlement, final disposition of ▒▒▒▒▒ claim, dismissal of litigation, any trial date set, or your withdrawal as counsel for ▒▒▒▒▒▒▒.

FINR III agrees to promptly inform you of the date of discharge from FINR III for ▒▒▒▒▒ and to provide you with the total cost of her treatment at that time. Should FINR III receive payment from any insurer or other third party, or from the ▒▒▒▒ family/guardian, for treatment, the account will be credited by the amount of the payment.

Letter of Protection
February 10, 2011

FINR III, L.L.C.

Two originals of this letter of protection are being provided. Please provide FINR III with one original after it is signed and retain the other for your records. Please feel free to contact FINR III if you have any questions or concerns about this matter or if FINR III can assist you in any way.

Sincerely yours,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

Marc Brotman, Esq. Attorney for ▮▮▮▮▮▮

02/21/11
Date

SWORN TO AND SUBSCRIBED before me on this ___21___ day of ___February___, 2011.

_Cheryl L. Smith_
NOTARY PUBLIC
STATE OF _Florida_
PRINT NAME: _Cheryl L. Smith_
___X___ Personally known to me, or
_____ Produced Identification:

Type of Identification

My Commission Expires:

CHERYL L. SMITH
MY COMMISSION # DD 903322
EXPIRES: June 30, 2013
Bonded Thru Notary Public Underwriters

Marilyn Hott Sell, Sister and Durable Power of Attorney for Healthcare

02/21/11
Date

SWORN TO AND SUBSCRIBED before me on this ___21___ day of ___February___, 2011.

_Cheryl L. Smith_
NOTARY PUBLIC
STATE OF _Florida_
PRINT NAME: _Cheryl L. Smith_
___X___ Personally known to me, or
_____ Produced Identification:

Type of Identification

My Commission Expires:

CHERYL L. SMITH
MY COMMISSION # DD 903322
EXPIRES: June 30, 2013
Bonded Thru Notary Public Underwriters



FINR III, L.L.C.
1982 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



February 10, 2011

Marc C. Brotman, Esq.
BROTMAN NUSBAUM FOX
137 West Royal Palm Road
Boca Raton  FL  33432
Tel #561-417-5656
Marc@bnflaw.com

RB:  Pt - ▬▬▬▬▬                    DOI - 11/12/09

Dear Mr. Brotman,

Enclosed please find a letter of protection regarding continuing services which may be
provided to ▬▬▬▬ at FINR III, L.L.C.

Please execute the two originals enclosed and return one fully executed original to me as
soon as possible.

I can be reached at 863-767-4483, via fax number 863-773-2041, or at e-mail address
Steve.Tulman@FINR.net should you have any questions or require anything else.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

Enclosures

cc:   Lori Bryant, Program Case Manager

FINR III, L.L.C.
1662 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873





FINR III, L.L.C.

ATTY CONTACT:      MARC C. BROTMAN, ESQ      SERVICES RENDERED PLUS ACCRUED INTEREST
                   BROTMAN NUSBAUM FOX       AS OF PERIOD ENDED:  FEBRUARY 10, 2011
                   137 WEST ROYAL PALM ROAD
                   BOCA RATON  FL  33432
                   TEL #561-417-6556         CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
                                             AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:      ▓▓▓▓▓▓ - #1289

ADMIT DATE:       09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $25,900.00 |
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $263.97 | $83,513.97 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $1,085.08 | $139,952.89 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $2,500.37 | $200,693.28 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $4,520.31 | $260,839.46 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $5,363.01 | $280,182.15 |
| FEB 1-10, 2011 | $18,500.00 | $0.00 | $274,819.14 | $256,319.14 | 10 | $842.69 | | |
| | | | | | | | $5,363.01 | $280,182.15 |
| TOTAL | | | $274,819.14 | | | | | |

# EXHIBIT D

FINR III, L.L.C.
1062 Vandolah Road
P.O. Box 1347
Wauchula, Fl. 33873





June 10, 2011

Marc C. Brotman, Esq.
BROTMAN NUSBAUM & FOX
137 West Royal Palm Road
Boca Raton   FL   33432
Tel #561-417-5656 * Fax #561-417-5561
marc@bnflaw.com

RE:  Pt ▮▮▮▮▮▮▮s          DOI - 11/12/2009

Dear Mr. Brotman:

Your client, ▮▮▮▮▮▮▮, was admitted to FINR III, L.L.C. on September 17, 2010 under the original letter of protection. Attached please find Statements of Account documenting a balance due as of today totaling $525,923.01. The cost of treatment for ▮▮▮▮▮s at FINR III, L.L.C. will continue to be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents. For any days ▮▮▮▮▮ is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time. ▮▮▮▮▮▮▮ account will be charged an annual interest rate of 12% on any outstanding balances. FINR III shall be paid for its services provided to ▮▮▮ ▮▮▮▮▮ from the proceeds of any recovery.

FINR III will defer collection of any outstanding balance for a period of 12 months from the date of admission; notwithstanding, however, that if funds become available, whether from the proceeds of any recovery or otherwise, which can wholly or partially satisfy any outstanding balance prior to the end of the 12 month period specified above, FINR III will not defer collection during the specified period. Additionally, FINR III will be reviewing the on-going litigation on a quarterly basis.

This letter, once signed by you, serves as a notice of a letter of protection for the bills incurred by your client for services rendered at FINR III. By signing below, you are indicating that you are aware of the agreement stated above and that FINR III's bills will be paid from the proceeds of any recovery from any person or entity. You agree to promptly notify FINR III of any settlement, final disposition of ▮▮▮▮▮▮▮ claim, dismissal of litigation, any trial date set, or your withdrawal as counsel for ▮▮▮▮▮▮▮.

FINR III agrees to promptly inform you of the date of discharge from FINR III for ▮▮▮▮▮▮▮ and to provide you with the total cost of her treatment at that time. Should FINR III receive payment from any insurer or other third party, or from the ▮▮▮▮▮ family/guardian, for treatment, the account will be credited by the amount of the payment.



FINR III, L.L.C.

Letter of Protection
June 10, 2011

Two originals of this letter of protection are being provided. Please provide FINR III with one original after
it is signed and retain the other for your records. Please feel free to contact FINR III if you have any questions
or concerns about this matter or if FINR III can assist you in any way.

Sincerely yours,
FINR III, L.L.C.

Steve Tointon
Chief Financial Officer

_____
Marc Brotman, Esq. Attorney for _____    Date  06/13/11

SWORN TO AND SUBSCRIBED before me on this 13 day of June , 2011.

_____
NOTARY PUBLIC
STATE OF Florida
PRINT NAME: _____
X     Personally known to me, or
_____ Produced Identification:

Type of Identification _____

> CHERYL L. SMITH
> MY COMMISSION # DD 603722
> EXPIRES: June 30, 2013
> Bonded Thru Notary Public Underwriters

My Commission Expires:

_____
Marketta Huot Self, Sister and Durable Power of Attorney for Healthcare    Date  6-13-11

SWORN TO AND SUBSCRIBED before me on this 13 day of June , 2011.

_____
NOTARY PUBLIC
STATE OF Florida
PRINT NAME: _____
X     Personally known to me, or
_____ Produced Identification:

Type of Identification _____

> CHERYL L. SMITH
> MY COMMISSION # DD 603722
> EXPIRES: June 30, 2013
> Bonded Thru Notary Public Underwriters

My Commission Expires:

# EXHIBIT E

FINR III, L.L.C.
1862 Vandolah Road
P.O. Box 1347
Wauchula, FL 33973



FINR III, L.L.C.

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

May 17, 2012

Marc C. Brotman, Esq.
BROTMAN NUSBAUM & FOX
137 West Royal Palm Road
Boca Raton FL 33432
Tel #561-417-5656 * Fax #561-417-5561
marc@bnflaw.com

RE:    Pt -███████████                    DOI - 11/12/2009

Dear Mr. Brotman,

Your client, ████████ was admitted to FINR III, L.L.C. on September 17, 2010 under the original letter of protection. Attached please find a Statement of Account documenting a balance due as of today totaling $1,258,020.97. Since ████████ remains in program at FINR III, L.L.C. as of today, this is written to confirm that the cost of treatment for ████████ at FINR III, L.L.C. will continue to be $1,850.00 per day. Other extraordinary expenses such as labs, physician consults, etc. will be billed separately by the consulting agents. For any days ████████ is not in programming (i.e. medical or therapeutic leave of absence), there will be a bedhold charge totaling 69% of the rate at that time. ████████ account will be charged an annual interest rate of 12% on any outstanding balances. FINR III shall be paid for its services provided to ████████ from the proceeds of any recovery.

FINR III will defer collection of any outstanding balance for a period of 12 months from the date of admission; notwithstanding, however, that if funds become available, whether from the proceeds of any recovery of otherwise, which can wholly or partially satisfy any outstanding balance for services provided to ████████ prior to the end of the 12 month period specified above, FINR III will not defer collection during the specified period. Additionally, FINR III will be reviewing the on-going litigation on a quarterly basis.

This letter, once signed by you, serves as a notice of a letter of protection for the bills incurred by your client for services rendered at FINR III. By signing below, you are indicating that you are aware of the agreement stated above and that FINR III's bills will be paid from the proceeds of any recovery from any person or entity. You agree to promptly notify FINR III of any settlement, final disposition of ████████' claim, dismissal of litigation, any trial date set, or your withdrawal as counsel for ████████.

FINR III agrees to promptly inform you of the date of discharge from FINR III for ████████ and to provide you with the total cost of her treatment at that time. Should FINR III receive payment from any insurer or other third party, or from the ████████ family/guardian, for treatment, the account will be credited by the amount of the payment.

Two originals of this letter of protection are being provided. Please provide FINR III with one original after it is signed and retain the other for your records. Please feel free to contact FINR III if you have any questions or concerns about this matter or if FINR III can assist you in any way.

FINR III, L.L.C.

Sincerely yours,

FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

_Marc Brotman_

Marc Brotman, Esq. Attorney for ▓▓▓▓▓▓

05/29/12
Date

SWORN TO AND SUBSCRIBED before me on this  29  day of  May , 2012.

_Cheryl L Smith_

NOTARY PUBLIC
STATE OF  Florida
PRINT NAME:
 X  Personally known to me, or
___ Produced Identification:

_____
Type of Identification

CHERYL L. SMITH
MY COMMISSION # DD 903722
EXPIRES: June 30, 2013
Bonded Thru Notary Public Underwriters

My Commission Expires:

_Marylus Huet Seli_

Marylus Huet Seli, Sister and Durable Power of Attorney for Healthcare

5/25/12
Date

SWORN TO AND SUBSCRIBED before me on this  25th  day of  May , 2012.

_Cheryl L Smith_

NOTARY PUBLIC
STATE OF  Florida
PRINT NAME:
 X  Personally known to me, or
___ Produced Identification:

_____
Type of Identification

CHERYL L. SMITH
MY COMMISSION # DD 903722
EXPIRES: June 30, 2013
Bonded Thru Notary Public Underwriters

My Commission Expires:





FINR III, L.L.C.
1962 Vandelah Road
P.O. Box-1347
Wauchula, Fl. 33873

May 17, 2012

Marc C. Brotman, Esq.
BROTMAN NUSBAUM FOX
137 West Royal Palm Road
Boca Raton  FL  33432
Tel #561-417-5656
Marc@bnflaw.com

RE:  Pt ██████████            DOI - 11/12/09

Dear Mr. Brotman,

Enclosed please find a letter of protection regarding the continuing services to be provided to ██████████ at FINR III, L.L.C.

Please execute the two originals enclosed and return one fully executed original to me as soon as possible.

I can be reached at 863-767-4483, via fax number 863-773-2041, or at e-mail address Steve.Tulman@FINR.net should you have any questions or require anything else.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

Enclosures

cc:   Kelley Denney, Program Case Manager

# COMPOSITE EXHIBIT F

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**



**FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.**

March 31, 2014

Marc C. Brotman, Esq.
Brotman Nusbaum Fox
137 West Royal Palm Road
Boca Raton   FL   33432

     RE: ███████

Dear Mr. Brotman,

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ███████ at FINR III, L.L.C.   As documented, the balance due for these services as of March 31, 2014 is $2,914,443.14.

In February 2014, Wayne indicated that this case was set for trial in September.   If you could please provide me with a current written update as to the status of the litigation you are handling on behalf of ███████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL  33873



**FINR III, L.L.C.**

STATEMENT OF ACCOUNT

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

ATTY CONTACT:  MARC C. BROTMAN, ESQ
BROTMAN NUSBAUM FOX
137 WEST ROYAL PALM ROAD
BOCA RATON  FL  33432
TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED:  MARCH 31, 2014

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:  ██████████ - #1289

ADMIT DATE:  9/17/2010

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $57,903.12 | $0.00 | $367,955.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $377,995.47 |
| APRIL 1-30, 2011 | $56,053.12 | $0.00 | $424,008.75 | $367,955.63 | 30 | $3,629.15 | $13,668.99 | $437,677.74 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $481,771.60 | $424,008.75 | 31 | $4,321.40 | $17,990.40 | $499,762.00 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $538,087.70 | $481,771.60 | 30 | $4,751.72 | $22,742.12 | $560,829.82 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $597,050.70 | $538,087.70 | 31 | $5,484.07 | $28,226.19 | $625,276.89 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $654,847.56 | $597,050.70 | 31 | $6,085.01 | $34,311.20 | $689,158.76 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $710,787.36 | $654,847.56 | 30 | $6,458.77 | $40,769.97 | $751,557.33 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $768,100.24 | $710,787.36 | 31 | $7,244.19 | $48,014.16 | $816,114.40 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $824,371.23 | $768,100.24 | 30 | $7,575.78 | $55,589.94 | $879,961.17 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $882,141.79 | $824,371.23 | 31 | $8,401.81 | $63,991.75 | $946,133.54 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $940,408.58 | $882,141.79 | 31 | $8,990.60 | $72,982.35 | $1,013,390.93 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $995,216.41 | $940,408.58 | 29 | $8,966.09 | $81,948.43 | $1,077,164.84 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,053,384.44 | $995,216.41 | 31 | $10,143.03 | $92,091.46 | $1,145,475.90 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,109,634.13 | $1,053,384.44 | 30 | $10,389.55 | $102,481.01 | $1,212,115.14 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,168,031.78 | $1,109,634.13 | 31 | $11,309.15 | $113,790.15 | $1,281,821.93 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,224,880.39 | $1,168,031.78 | 30 | $11,520.31 | $125,310.47 | $1,350,190.86 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,283,130.11 | $1,224,880.39 | 31 | $12,483.71 | $137,794.18 | $1,420,924.29 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,340,686.16 | $1,283,130.11 | 31 | $13,077.38 | $150,871.56 | $1,491,557.72 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,396,621.82 | $1,340,686.16 | 30 | $13,223.21 | $164,094.77 | $1,560,716.59 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,454,477.92 | $1,396,621.82 | 31 | $14,234.06 | $178,328.83 | $1,632,806.75 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,510,760.25 | $1,454,477.92 | 30 | $14,345.54 | $192,674.37 | $1,703,434.62 |
| DEC 1-31, 2012 | $57,738.14 | $0.00 | $1,568,498.39 | $1,510,760.25 | 31 | $15,397.34 | $208,071.70 | $1,776,570.09 |
| JAN 1-31, 2013 | $57,700.17 | $0.00 | $1,626,198.56 | $1,568,498.39 | 31 | $15,985.79 | $224,057.50 | $1,850,256.06 |
| FEB 1-28, 2013 | $51,890.87 | $0.00 | $1,678,089.43 | $1,626,198.56 | 28 | $14,969.94 | $239,027.43 | $1,917,116.86 |
| MARCH 1-31, 2013 | $57,544.87 | $0.00 | $1,735,634.30 | $1,678,089.43 | 31 | $17,102.72 | $256,130.15 | $1,991,764.45 |
| APRIL 1-30, 2013 | $55,567.48 | $0.00 | $1,791,201.78 | $1,735,634.30 | 30 | $17,118.58 | $273,248.74 | $2,064,450.52 |
| MAY 1-31, 2013 | $57,350.00 | $0.00 | $1,848,551.78 | $1,791,201.78 | 31 | $18,255.54 | $291,504.27 | $2,140,056.05 |
| JUNE 1-30, 2013 | $55,500.00 | $0.00 | $1,904,051.78 | $1,848,551.78 | 30 | $18,232.29 | $309,736.56 | $2,213,788.34 |
| JULY 1-31, 2013 | $57,350.00 | $0.00 | $1,961,401.78 | $1,904,051.78 | 31 | $19,405.68 | $329,142.24 | $2,290,544.02 |
| AUG 1-31, 2013 | $57,350.00 | $0.00 | $2,018,751.78 | $1,961,401.78 | 31 | $19,990.18 | $349,132.42 | $2,367,884.20 |
| SEPT 1-30, 2013 | $55,500.00 | $0.00 | $2,074,251.78 | $2,018,751.78 | 30 | $19,910.98 | $369,043.40 | $2,443,295.18 |
| OCT 1-31, 2013 | $57,350.00 | $0.00 | $2,131,601.78 | $2,074,251.78 | 31 | $21,140.32 | $390,183.72 | $2,443,295.18 |
| NOV 1-30, 2013 | $57,055.50 | $0.00 | $2,188,657.28 | $2,131,601.78 | 30 | $21,024.02 | $411,207.73 | $2,599,865.01 |
| DEC 1-31, 2013 | $57,350.00 | $0.00 | $2,246,007.28 | $2,188,657.28 | 31 | $22,306.32 | $433,514.05 | $2,679,521.33 |
| JAN 1-31, 2014 | $57,512.69 | $0.00 | $2,303,519.97 | $2,246,007.28 | 31 | $22,890.81 | $456,404.86 | $2,759,924.83 |
| FEB 1-28, 2014 | $51,800.00 | $0.00 | $2,355,319.97 | $2,303,519.97 | 28 | $21,205.01 | $477,609.87 | $2,832,929.84 |
| MARCH 1-31, 2014 | $57,508.40 | $0.00 | $2,412,828.37 | $2,355,319.97 | 31 | $24,004.90 | $501,614.77 | $2,914,443.14 |
| TOTAL | | | $2,412,828.37 | | | | $501,614.77 | $2,914,443.14 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

Marc C. Brotmann, Esq.
Brotman Nusbaum Fox
137 West Royal Palm Road
Boca Raton FL 33432

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7011 3500 0001 1122 2064

PS Form **3811**, February 2004  Domestic Return Receipt  102595-02-M-1540

7011 3500 0001 1122 2064

**PFINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



# FINR III, L.L.C.

### FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

December 31, 2013

Marc C. Brotman, Esq.
Brotman Nusbaum Fox
137 West Royal Palm Road
Boca Raton    FL    33432

RE: ██████████

Dear Mr. Brotman,

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ██████████ at FINR III, L.L.C.   As documented, the balance due for these services as of December 31, 2013 is $2,679,521.33.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ██████████s and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**PFINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



**FINR III, L.L.C.**

STATEMENT OF ACCOUNT
**FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.**

ATTY CONTACT:      MARC C. BROTMAN, ESQ
         BROTMAN NUSBAUM FOX
         137 WEST ROYAL PALM ROAD
         BOCA RATON FL 33432
         TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED: DECEMBER 31, 2013

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:          ▉▉▉▉▉ - #1289

ADMIT DATE:          9/17/2010

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $57,903.12 | $0.00 | $367,955.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $377,995.47 |
| APRIL 1-30, 2011 | $56,053.12 | $0.00 | $424,008.75 | $367,955.63 | 30 | $3,629.15 | $13,668.99 | $437,677.74 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $481,771.60 | $424,008.75 | 31 | $4,321.40 | $17,990.40 | $499,762.00 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $538,087.70 | $481,771.60 | 30 | $4,751.72 | $22,742.12 | $560,829.82 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $597,050.70 | $538,087.70 | 31 | $5,484.07 | $28,226.19 | $625,276.89 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $654,847.56 | $597,050.70 | 31 | $6,085.01 | $34,311.20 | $689,158.76 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $710,787.36 | $654,847.56 | 30 | $6,458.77 | $40,769.97 | $751,557.33 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $768,100.24 | $710,787.36 | 31 | $7,244.19 | $48,014.16 | $816,114.40 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $824,371.23 | $768,100.24 | 30 | $7,575.78 | $55,589.94 | $879,961.17 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $882,141.79 | $824,371.23 | 31 | $8,401.81 | $63,991.75 | $946,133.54 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $940,408.58 | $882,141.79 | 31 | $8,990.60 | $72,982.35 | $1,013,390.93 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $995,216.41 | $940,408.58 | 29 | $8,966.09 | $81,948.43 | $1,077,164.84 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,053,384.44 | $995,216.41 | 31 | $10,143.03 | $92,091.46 | $1,145,475.90 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,109,634.13 | $1,053,384.44 | 30 | $10,389.55 | $102,481.01 | $1,212,115.14 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,168,031.78 | $1,109,634.13 | 31 | $11,309.15 | $113,790.15 | $1,281,821.93 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,224,880.39 | $1,168,031.78 | 30 | $11,520.31 | $125,310.47 | $1,350,190.86 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,283,130.11 | $1,224,880.39 | 31 | $12,483.71 | $137,794.18 | $1,420,924.29 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,340,686.16 | $1,283,130.11 | 31 | $13,077.38 | $150,871.56 | $1,491,557.72 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,396,621.82 | $1,340,686.16 | 30 | $13,223.21 | $164,094.77 | $1,560,716.59 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,454,477.92 | $1,396,621.82 | 31 | $14,234.06 | $178,328.83 | $1,632,806.75 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,510,760.25 | $1,454,477.92 | 30 | $14,345.54 | $192,674.37 | $1,703,434.62 |
| DEC 1-31, 2012 | $57,738.14 | $0.00 | $1,568,498.39 | $1,510,760.25 | 31 | $15,397.34 | $208,071.70 | $1,776,570.09 |
| JAN 1-31, 2013 | $57,700.17 | $0.00 | $1,626,198.56 | $1,568,498.39 | 31 | $15,985.79 | $224,057.50 | $1,850,256.06 |
| FEB 1-28, 2013 | $51,890.87 | $0.00 | $1,678,089.43 | $1,626,198.56 | 28 | $14,969.94 | $239,027.43 | $1,917,116.86 |
| MARCH 1-31, 2013 | $57,544.87 | $0.00 | $1,735,634.30 | $1,678,089.43 | 31 | $17,102.72 | $256,130.15 | $1,991,764.45 |
| APRIL 1-30, 2013 | $55,567.48 | $0.00 | $1,791,201.78 | $1,735,634.30 | 30 | $17,118.58 | $273,248.74 | $2,064,450.52 |
| MAY 1-31, 2013 | $57,350.00 | $0.00 | $1,848,551.78 | $1,791,201.78 | 31 | $18,255.54 | $291,504.27 | $2,140,056.05 |
| JUNE 1-30, 2013 | $55,500.00 | $0.00 | $1,904,051.78 | $1,848,551.78 | 30 | $18,232.29 | $309,736.56 | $2,213,788.34 |
| JULY 1-31, 2013 | $57,350.00 | $0.00 | $1,961,401.78 | $1,904,051.78 | 31 | $19,405.68 | $329,142.24 | $2,290,544.02 |
| AUG 1-31, 2013 | $57,350.00 | $0.00 | $2,018,751.78 | $1,961,401.78 | 31 | $19,990.18 | $349,132.42 | $2,367,884.20 |
| SEPT 1-30, 2013 | $55,500.00 | $0.00 | $2,074,251.78 | $2,018,751.78 | 30 | $19,910.98 | $369,043.40 | $2,443,295.18 |
| OCT 1-31, 2013 | $57,350.00 | $0.00 | $2,131,601.78 | $2,074,251.78 | 31 | $21,140.32 | $390,183.72 | $2,443,295.18 |
| NOV 1-30, 2013 | $57,055.50 | $0.00 | $2,188,657.28 | $2,131,601.78 | 30 | $21,024.02 | $411,207.73 | $2,599,865.01 |
| DEC 1-31, 2013 | $57,350.00 | $0.00 | $2,246,007.28 | $2,188,657.28 | 31 | $22,306.32 | $433,514.05 | $2,679,521.33 |
| TOTAL | | | $2,246,007.28 | | | | $433,514.05 | $2,679,521.33 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotmann, Esq.
Brotman Nusbaum Fox
137 West Royal Palm Road
Boca Raton  FL  33432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 3500 0001 1122 1838

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

7011 3500 0001 1122 1838

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**



**FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.**

September 30, 2013

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

     RE:  ███████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ████████s at FINR III, L.L.C.  As documented, the balance due for these services as September 30, 2013 is $2,443,295.18.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



**FINR, L.L.C.**

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

FINR III, L.L.C.

ATTY CONTACT:     MARC C. BROTMAN, ESQ
                 BROTMAN NUSBAUM FOX          SERVICES RENDERED PLUS ACCRUED INTEREST
                 137 WEST ROYAL PALM ROAD     AS OF PERIOD ENDED:  SEPTEMBER 30, 2013
                 BOCA RATON FL 33432
                 TEL #561-417-5656
                                              CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
                                              AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:     ████████ - #1289

ADMIT DATE:      09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTERES DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $57,903.12 | $0.00 | $367,955.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $377,995.47 |
| APRIL 1-30, 2011 | $56,053.12 | $0.00 | $424,008.75 | $367,955.63 | 30 | $3,629.15 | $13,668.99 | $437,677.74 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $481,771.60 | $424,008.75 | 31 | $4,321.40 | $17,990.40 | $499,762.00 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $538,087.70 | $481,771.60 | 30 | $4,751.72 | $22,742.12 | $560,829.82 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $597,050.70 | $538,087.70 | 31 | $5,484.07 | $28,226.19 | $625,276.89 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $654,847.56 | $597,050.70 | 31 | $6,085.01 | $34,311.20 | $689,158.76 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $710,787.36 | $654,847.56 | 30 | $6,458.77 | $40,769.97 | $751,557.33 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $768,100.24 | $710,787.36 | 31 | $7,244.19 | $48,014.16 | $816,114.40 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $824,371.23 | $768,100.24 | 30 | $7,575.78 | $55,589.94 | $879,961.17 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $882,141.79 | $824,371.23 | 31 | $8,401.81 | $63,991.75 | $946,133.54 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $940,408.58 | $882,141.79 | 31 | $8,990.60 | $72,982.35 | $1,013,390.93 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $995,216.41 | $940,408.58 | 29 | $8,966.09 | $81,948.43 | $1,077,164.84 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,053,384.44 | $995,216.41 | 31 | $10,143.03 | $92,091.46 | $1,145,475.90 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,109,634.13 | $1,053,384.44 | 30 | $10,389.55 | $102,481.01 | $1,212,115.14 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,168,031.78 | $1,109,634.13 | 31 | $11,309.15 | $113,790.15 | $1,281,821.93 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,224,880.39 | $1,168,031.78 | 30 | $11,520.31 | $125,310.47 | $1,350,190.86 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,283,130.11 | $1,224,880.39 | 31 | $12,483.71 | $137,794.18 | $1,420,924.29 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,340,686.16 | $1,283,130.11 | 31 | $13,077.38 | $150,871.56 | $1,491,557.72 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,396,621.82 | $1,340,686.16 | 30 | $13,223.21 | $164,094.77 | $1,560,716.59 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,454,477.92 | $1,396,621.82 | 31 | $14,234.06 | $178,328.83 | $1,632,806.75 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,510,760.25 | $1,454,477.92 | 30 | $14,345.54 | $192,674.37 | $1,703,434.62 |
| DEC 1-31, 2012 | $57,738.14 | $0.00 | $1,568,498.39 | $1,510,760.25 | 31 | $15,397.34 | $208,071.70 | $1,776,570.09 |
| JAN 1-31, 2013 | $57,700.17 | $0.00 | $1,626,198.56 | $1,568,498.39 | 31 | $15,985.79 | $224,057.50 | $1,850,256.06 |
| FEB 1-28, 2013 | $51,890.87 | $0.00 | $1,678,089.43 | $1,626,198.56 | 28 | $14,969.94 | $239,027.43 | $1,917,116.86 |
| MARCH 1-31, 2013 | $57,544.87 | $0.00 | $1,735,634.30 | $1,678,089.43 | 31 | $17,102.72 | $256,130.15 | $1,991,764.45 |
| APRIL 1-30, 2013 | $55,567.48 | $0.00 | $1,791,201.78 | $1,735,634.30 | 30 | $17,118.58 | $273,248.74 | $2,064,450.52 |
| MAY 1-31, 2013 | $57,350.00 | $0.00 | $1,848,551.78 | $1,791,201.78 | 31 | $18,255.54 | $291,504.27 | $2,140,056.05 |
| JUNE 1-30, 2013 | $55,500.00 | $0.00 | $1,904,051.78 | $1,848,551.78 | 30 | $18,232.29 | $309,736.56 | $2,213,788.34 |
| JULY 1-31, 2013 | $57,350.00 | $0.00 | $1,961,401.78 | $1,904,051.78 | 31 | $19,405.68 | $329,142.24 | $2,290,544.02 |
| AUG 1-31, 2013 | $57,350.00 | $0.00 | $2,018,751.78 | $1,961,401.78 | 31 | $19,990.18 | $349,132.42 | $2,367,884.20 |
| SEPT 1-30, 2013 | $55,500.00 | $0.00 | $2,074,251.78 | $2,018,751.78 | 30 | $19,910.98 | $369,043.40 | $2,443,295.18 |

TOTAL                          $2,074,251.78                                    $369,043.40   $2,443,295.18

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
                                     10 - 2 - 13

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*    7011 3500 0001 1122 1746

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

7011 3500 0001 1122 1746

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873





FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

July 1, 2013

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton FL 33432

     RE: ███████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ███████████ at FINR III, L.L.C. As documented, the balance due for these services as June 30, 2013 is $2,221,454.68.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ███████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



FINR III, L.L.C.

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

FINR III, L.L.C.

ATTY CONTACT:   MARC C. BROTMAN, ESQ
                BROTMAN NUSBAUM FOX          SERVICES RENDERED PLUS ACCRUED INTEREST
                137 WEST ROYAL PALM ROAD     AS OF PERIOD ENDED:  JUNE 30, 2013
                BOCA RATON  FL 33432
                TEL #561-417-5656
                                            CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
                                            AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:    ▬▬▬▬▬ - #1289

ADMIT DATE:     09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48. | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,115,993.86 | $1,059,744.17 | 30 | $10,452.27 | $103,292.13 | $1,219,285.99 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,174,391.51 | $1,115,993.86 | 31 | $11,373.96 | $114,666.09 | $1,289,057.60 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,231,240.12 | $1,174,391.51 | 30 | $11,583.04 | $126,249.13 | $1,357,489.25 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,289,489.84 | $1,231,240.12 | 31 | $12,548.53 | $138,797.66 | $1,428,287.50 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,347,045.89 | $1,289,489.84 | 31 | $13,142.20 | $151,939.86 | $1,498,985.75 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,402,981.55 | $1,347,045.89 | 30 | $13,285.93 | $165,225.79 | $1,568,207.34 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,460,837.65 | $1,402,981.55 | 31 | $14,298.88 | $179,524.67 | $1,640,362.32 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,517,119.98 | $1,460,837.65 | 30 | $14,408.26 | $193,932.93 | $1,711,052.91 |
| DEC 1-31, 2012 | $57,550.66 | $0.00 | $1,574,670.64 | $1,517,119.98 | 31 | $15,462.15 | $209,395.09 | $1,784,065.73 |
| JAN 1-31, 2013 | $57,512.69 | $0.00 | $1,632,183.33 | $1,574,670.64 | 31 | $16,048.70 | $225,443.79 | $1,857,627.12 |
| FEB 1-28, 2013 | $51,891.00 | $0.00 | $1,684,074.33 | $1,632,183.33 | 28 | $15,025.03 | $240,468.82 | $1,924,543.15 |
| MARCH 1-31, 2013 | $57,544.87 | $0.00 | $1,741,619.20 | $1,684,074.33 | 31 | $17,163.72 | $257,632.53 | $1,999,251.73 |
| APRIL 1-30, 2013 | $55,567.48 | $0.00 | $1,797,186.68 | $1,741,619.20 | 30 | $17,177.61 | $274,810.15 | $2,071,996.83 |
| MAY 1-31, 2013 | $57,350.00 | $0.00 | $1,854,536.68 | $1,797,186.68 | 31 | $18,316.53 | $293,126.68 | $2,147,663.36 |
| JUNE 1-30, 2013 | $55,500.00 | $0.00 | $1,910,036.68 | $1,854,536.68 | 30 | $18,291.32 | $311,418.00 | $2,221,454.68 |
| | TOTAL | | $1,910,036.68 | | | | $311,418.00 | $2,221,454.68 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton FL 33432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7011 3500 0001 1122 0770

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7011 3500 0001 1122 0770

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III L.L.C.**

 FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

April 1, 2013

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

     RE: ███████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ███████████ at FINR III, L.L.C.  As documented, the balance due for these services as March 31, 2013 is $1,999,251.73.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ███████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**



## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

FINR III, L.L.C.

ATTY CONTACT:     MARC C. BROTMAN, ESQ
BROTMAN NUSBAUM FOX
137 WEST ROYAL PALM ROAD
BOCA RATON  FL  33432
TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED:  MARCH 31, 2013

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:     █████ - #1289

ADMIT DATE:     09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48 | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,115,993.86 | $1,059,744.17 | 30 | $10,452.27 | $103,292.13 | $1,219,285.99 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,174,391.51 | $1,115,993.86 | 31 | $11,373.96 | $114,666.09 | $1,289,057.60 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,231,240.12 | $1,174,391.51 | 30 | $11,583.04 | $126,249.13 | $1,357,489.25 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,289,489.84 | $1,231,240.12 | 31 | $12,548.53 | $138,797.66 | $1,428,287.50 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,347,045.89 | $1,289,489.84 | 31 | $13,142.20 | $151,939.86 | $1,498,985.75 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,402,981.55 | $1,347,045.89 | 30 | $13,285.93 | $165,225.79 | $1,568,207.34 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,460,837.65 | $1,402,981.55 | 31 | $14,298.88 | $179,524.67 | $1,640,362.32 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,517,119.98 | $1,460,837.65 | 30 | $14,408.26 | $193,932.93 | $1,711,052.91 |
| DEC 1-31, 2012 | $57,550.66 | $0.00 | $1,574,670.64 | $1,517,119.98 | 31 | $15,462.15 | $209,395.09 | $1,784,065.73 |
| JAN 1-31, 2013 | $57,512.69 | $0.00 | $1,632,183.33 | $1,574,670.64 | 31 | $16,048.70 | $225,443.79 | $1,857,627.12 |
| FEB 1-28, 2013 | $51,891.00 | $0.00 | $1,684,074.33 | $1,632,183.33 | 28 | $15,025.03 | $240,468.82 | $1,924,543.15 |
| MARCH 1-31, 2013 | $57,544.87 | $0.00 | $1,741,619.20 | $1,684,074.33 | 31 | $17,163.72 | $257,632.53 | $1,999,251.73 |
| TOTAL | | $1,741,619.20 | | | | | $257,632.53 | $1,999,251.73 |

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**



FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

January 2, 2013

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

      RE: █████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ██████████ s at FINR III, L.L.C.  As documented, the balance due for these services as of December 31, 2012 is $1,784,065.31.

Please provide me with a written update as to the status of the litigation you are handling on behalf ██████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



**FINR III, L.L.C.**

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

FINR III, L.L.C.

ATTY CONTACT:   MARC C. BROTMAN, ESQ
                BROTMAN NUSBAUM FOX          SERVICES RENDERED PLUS ACCRUED INTEREST
                137 WEST ROYAL PALM ROAD      AS OF PERIOD ENDED:   DECEMBER 31, 2012
                BOCA RATON  FL  33432
                TEL #561-417-5656            CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
                                             AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:    ▓▓▓▓ - #1289

ADMIT DATE:     09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTERES DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48 | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,115,993.86 | $1,059,744.17 | 30 | $10,452.27 | $103,292.13 | $1,219,285.99 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,174,391.51 | $1,115,993.86 | 31 | $11,373.96 | $114,666.09 | $1,289,057.60 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,231,240.12 | $1,174,391.51 | 30 | $11,583.04 | $126,249.13 | $1,357,489.25 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,289,489.84 | $1,231,240.12 | 31 | $12,548.53 | $138,797.66 | $1,428,287.50 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,347,045.89 | $1,289,489.84 | 31 | $13,142.20 | $151,939.86 | $1,498,985.75 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,402,981.55 | $1,347,045.89 | 30 | $13,285.93 | $165,225.79 | $1,568,207.34 |
| OCT 1-31, 2012 | $57,856.10 | $0.00 | $1,460,837.65 | $1,402,981.55 | 31 | $14,298.88 | $179,524.67 | $1,640,362.32 |
| NOV 1-30, 2012 | $56,282.33 | $0.00 | $1,517,119.98 | $1,460,837.65 | 30 | $14,408.26 | $193,932.93 | $1,711,052.91 |
| DEC 1-31, 2012 | $57,550.66 | $0.00 | $1,574,670.64 | $1,517,119.98 | 31 | $15,462.15 | $209,395.09 | $1,784,065.73 |
| | TOTAL | | $1,574,670.64 | | | | $209,395.09 | $1,784,065.73 |

FINR III, L.L.C.
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**


FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

October 1, 2012

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

    RE: ██████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ███████████ at FINR III, L.L.C.  As documented, the balance due for these services as September 30, 2012 is $1,568,207.34.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ██████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



# FINR III, L.L.C.

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

FINR III, L.L.C.

ATTY CONTACT:   MARC C. BROTMAN, ESQ
BROTMAN NUSBAUM FOX
137 WEST ROYAL PALM ROAD
BOCA RATON FL 33432
TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED:  SEPTEMBER 30, 2012

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:     ▆▆▆▆▆ - #1289

ADMIT DATE:     09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTERES DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48 | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,115,993.86 | $1,059,744.17 | 30 | $10,452.27 | $103,292.13 | $1,219,285.99 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,174,391.51 | $1,115,993.86 | 31 | $11,373.96 | $114,666.09 | $1,289,057.60 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,231,240.12 | $1,174,391.51 | 30 | $11,583.04 | $126,249.13 | $1,357,489.25 |
| JULY 1-31, 2012 | $58,249.72 | $0.00 | $1,289,489.84 | $1,231,240.12 | 31 | $12,548.53 | $138,797.66 | $1,428,287.50 |
| AUG 1-31, 2012 | $57,556.05 | $0.00 | $1,347,045.89 | $1,289,489.84 | 31 | $13,142.20 | $151,939.86 | $1,498,985.75 |
| SEPT 1-30, 2012 | $55,935.66 | $0.00 | $1,402,981.55 | $1,347,045.89 | 30 | $13,285.93 | $165,225.79 | $1,568,207.34 |
| TOTAL | | | $1,402,981.55 | | | | $165,225.79 | $1,568,207.34 |

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 1670 0000 1260 7316

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

(vertical) 7010 1670 0000 1260 7316

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 3500 0001 1122 1227

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

(vertical) 7011 3500 0001 1122 1227

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton  FL  33432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Stephanie Chenery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 3500 0001 0992 6660

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

(vertical) 7011 3500 0001 0992 6660



**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873

**FINR III, L.L.C.**

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

July 2, 2012

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton FL 33432

     RE: 

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ███████████ at FINR III, L.L.C. As documented, the balance due for these services as June 30, 2012 is $1,357,489.25.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ███████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



# FINR II, L.L.C.

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.
STATEMENT OF ACCOUNT
FINR III, L.L.C.

ATTY CONTACT:   MARC C. BROTMAN, ESQ
BROTMAN NUSBAUM FOX
137 WEST ROYAL PALM ROAD
BOCA RATON  FL  33432
TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED:  JUNE 30, 2012

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME:   ███████ - #1289

ADMIT DATE:   09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48 | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| APRIL 1-30, 2012 | $56,249.69 | $0.00 | $1,115,993.86 | $1,059,744.17 | 30 | $10,452.27 | $103,292.13 | $1,219,285.99 |
| MAY 1-31, 2012 | $58,397.65 | $0.00 | $1,174,391.51 | $1,115,993.86 | 31 | $11,373.96 | $114,666.09 | $1,289,057.60 |
| JUNE 1-30, 2012 | $56,848.61 | $0.00 | $1,231,240.12 | $1,174,391.51 | 30 | $11,583.04 | $126,249.13 | $1,357,489.25 |
| TOTAL | | $1,231,240.12 | | | | | $126,249.13 | $1,357,489.25 |

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



**FINR III, L.L.C.**

FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.

April 2, 2012

Marc C. Brotman, Esq.
BROTMAN, NUSBAUM, & FOX
137 West Royal Palm Road
Boca Raton FL 33432

     RE: ████████████

Dear Mr. Brotman:

Enclosed please find the latest Quarterly Statement of Account regarding the services provided to ████████████ at the FINR III, L.L.C. As documented, the balance due for these services as March 31, 2012 is $1,152,584.03.

Please provide me with a written update as to the status of the litigation you are handling on behalf of ████████████ and when FINR III can expect to receive a remittance on this account.

I can be reached at 800-697-5390 x4483, via fax number 863-773-2041, or at e-mail Steve.Tulman@FINR.net and I look forward to hearing from you.

Sincerely,
FINR III, L.L.C.

Steve Tulman
Chief Financial Officer

\er

**FINR III, L.L.C.**
1962 Vandolah Road
P.O. Box 1347
Wauchula, FL 33873



# FINR III, L.L.C.

## FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC.
FINR III, L.L.C.

ATTY CONTACT:
MARC C. BROTMAN, ESQ
BROTMAN NUSBAUM FOX
137 WEST ROYAL PALM ROAD
BOCA RATON FL 33432
TEL #561-417-5656

SERVICES RENDERED PLUS ACCRUED INTEREST
AS OF PERIOD ENDED:  MARCH 31, 2012

CALCULATED MONTHLY ON PRIOR MONTH'S BALANCE
AT AN ANNUAL RATE OF 12% / 365 DAY BASIS

CLIENT NAME: ▓▓▓▓▓▓ - #1289

ADMIT DATE:       09/17/10

D/C DATE:

| DATE | DUE FOR SRVCS | AMOUNT PAID | BAL. DUE SERVICES | BAL. FOR INT. CAL | INTEREST DAYS | MONTHLY INTEREST | ACCUM INTEREST | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| SEPT 17-30, 2010 | $25,900.00 | $0.00 | $25,900.00 | $0.00 | 0 | $0.00 | $0.00 | $25,900.00 |
| OCT 1-31, 2010 | $57,423.14 | $73.14 | $83,250.00 | $25,900.00 | 31 | $263.97 | $263.97 | $83,513.97 |
| NOV 1-30, 2010 | $55,617.83 | $0.00 | $138,867.83 | $83,250.00 | 30 | $821.10 | $1,085.06 | $139,952.89 |
| DEC 1-31, 2010 | $59,325.08 | $0.00 | $198,192.91 | $138,867.83 | 31 | $1,415.31 | $2,500.37 | $200,693.28 |
| JAN 1-31, 2011 | $58,126.23 | $0.00 | $256,319.14 | $198,192.91 | 31 | $2,019.94 | $4,520.31 | $260,839.45 |
| FEB 1-28, 2011 | $53,733.37 | $0.00 | $310,052.51 | $256,319.14 | 28 | $2,359.54 | $6,879.85 | $316,932.36 |
| MARCH 1-31, 2011 | $62,553.12 | $0.00 | $372,605.63 | $310,052.51 | 31 | $3,159.99 | $10,039.84 | $382,645.47 |
| APRIL 1-30, 2011 | $57,762.85 | $0.00 | $430,368.48 | $372,605.63 | 30 | $3,675.01 | $13,714.85 | $444,083.33 |
| MAY 1-31, 2011 | $57,762.85 | $0.00 | $488,131.33 | $430,368.48 | 31 | $4,386.22 | $18,101.08 | $506,232.41 |
| JUNE 1-30, 2011 | $56,316.10 | $0.00 | $544,447.43 | $488,131.33 | 30 | $4,814.45 | $22,915.52 | $567,362.95 |
| JULY 1-31, 2011 | $58,963.00 | $0.00 | $603,410.43 | $544,447.43 | 31 | $5,548.89 | $28,464.41 | $631,874.84 |
| AUG 1-31, 2011 | $57,796.86 | $0.00 | $661,207.29 | $603,410.43 | 31 | $6,149.83 | $34,614.24 | $695,821.53 |
| SEPT 1-30, 2011 | $55,939.80 | $0.00 | $717,147.09 | $661,207.29 | 30 | $6,521.50 | $41,135.73 | $758,282.82 |
| OCT 1-31, 2011 | $57,392.24 | $79.36 | $774,459.97 | $717,147.09 | 31 | $7,309.01 | $48,444.74 | $822,904.71 |
| NOV 1-30, 2011 | $56,304.78 | $33.79 | $830,730.96 | $774,459.97 | 30 | $7,638.51 | $56,083.25 | $886,814.21 |
| DEC 1-31, 2011 | $57,770.56 | $0.00 | $888,501.52 | $830,730.96 | 31 | $8,466.63 | $64,549.88 | $953,051.40 |
| JAN 1-31, 2012 | $58,266.79 | $0.00 | $946,768.31 | $888,501.52 | 31 | $9,055.41 | $73,605.29 | $1,020,373.60 |
| FEB 1-29, 2012 | $54,807.83 | $0.00 | $1,001,576.14 | $946,768.31 | 29 | $9,026.72 | $82,632.01 | $1,084,208.15 |
| MARCH 1-31, 2012 | $58,168.03 | $0.00 | $1,059,744.17 | $1,001,576.14 | 31 | $10,207.84 | $92,839.86 | $1,152,584.03 |
| TOTAL | | | $1,059,744.17 | | | | $92,839.86 | $1,152,584.03 |