UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TRAUMATIC BRAIN EDUCATION ADULT COMMUNITY HOME, INC. | Case No. 8:13-bk-00097-CPM |
| FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION, INC. | Case No. 8:13-bk-00102-CPM |
| FINR II, INC. | Case No. 8:13-bk-00103-CPM |
| FINR III, LLC. | Case No. 8:13-bk-00104-CPM |
| FINR III, INC. | Case No. 8:13-bk-00105-CPM |
| FING II, INC. | Case No. 8:13-bk-00107-CPM |
| | Jointly Administered Under |
| Debtors. | Case No. 8:13-bk-00097-CPM |

FINR III, LLC

    Plaintiff,

vs.                                                                                       Adv. Proc. No. 8:14-ap-496-CPM

BROTMAN NUSBAUM IBRAHIM,
PATIENT IDENTIFIED AS "O.O.",
MARYLUZ HUET SELL, KEVIN S.
DOTY, P.A., PATIENT'S SPOUSE
IDENTIFIED AS "R.O.", ACS
RECOVERY SERVICES FOR MEDICAID,
INGENIX FOR UNITED HEALTHCARE,
ADRIAN PHILLIP THOMAS, P.A.,
JEFFREY A. FADLEY, P.A.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S VERIFIED
EMERGENCY MOTION FOR TEMPORARY RESTRAINING
<u>ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS</u>**

THIS PROCEEDING came before the Court for an emergency hearing on June 13, 2014

at 10:00 a.m. for consideration of the *Plaintiff's Verified Emergency Motion for Temporary*

*Restraining Order and Preliminary Injunction Against Defendants* (Doc. No. 3) (the "**Motion**") filed by FINR III, LLC.  The Court, having reviewed the Motion and the court file in this case, having considered the argument of counsel and the record at the hearing, and based upon the Court's findings of fact and conclusions of law which were set forth on the record with specificity, and, therefore, incorporated into this Order pursuant to Fed. R. Bank. P. 7052(a)(1), and being otherwise fully advised in the premises, hereby

    **ORDERS** as follows:

    1.    The Motion is granted as set forth herein.

    2.    This Order goes into effect at 11:20 a.m. on June 13, 2014.  This order maintains the status quo pending the hearing scheduled for preliminary injunction on July 8, 2014 at 11:00 a.m.  Brotman Nusbaum Ibrahaim has consented to a longer temporary restraining order than the rules require.

    3.    This Order shall serve as a Temporary Restraining Order, pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure, adopting Rule 65 of the Federal Rules of Civil Procedure, whereby the status quo is maintained and the Defendants are temporarily enjoined from disbursing, attempting to allocate or distributing the proceeds from the settlement of the action styled *Maryluz Huet Sell, as guardian of O.O. and R.O. v. Lawnwood Medical Center, Inc., et al.*, Case No. 56-2011-CA-000870, which action is pending in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida ("the State Court Action").  This Temporary Restraining Order shall be effective until this Court rules on the Plaintiff's request for a preliminary injunction.

    4.    A hearing to consider the Plaintiff's request for a preliminary injunction shall be held on July 8, 2014 at 11:00 a.m.

5. Copies of this Order Granting Temporary Restraining Order shall be served by the Court's CM/ECF System. The Plaintiff's counsel shall serve a copy by U.S. Mail to the judicial officer presiding over the State Court Action.

**DONE AND ORDERED** at Tampa, Florida on ___June 16, 2014___.

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge